# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145973

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

_____

In re ELEANOR V. MIREK TRUST.

_____

JOANNE KLOSS,
               Petitioner-Appellant,

v

WARREN L. KRISKYWICZ,
               Respondent-Appellee.

SC: 145973
COA: 303695
Macomb Probate Court:
2011-202137-TV

_____/

On order of the Court, the application for leave to appeal the September 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

s0122